Law Offices
# Eccleston and Wolf
Professional Corporation

(410) 752-7474
FAX (410) 752-0611
FREDERICK@EWMD.COM

ALVIN I. FREDERICK

7TH FLOOR, SCARLETT PLACE
729 E. PRATT STREET
BALTIMORE, MARYLAND 21202-4460

SUITE 450
1750 K STREET, N. W.
WASHINGTON, D. C. 20006-2300
(202) 857-1696
FAX (202) 857-0762

SUITE 204
4084 UNIVERSITY DRIVE
FAIRFAX, VIRGINIA 22030
(703) 218 5330

RECEIVED IN THE OFFICE
ANDRE M. DAVIS

MAR 2 9

March 29, 2001

UNITED STATES DISTRICT JUDGE

**VIA HAND DELIVERY**

Honorable Andre M. Davis
United States District Court for the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard St.
Baltimore, Maryland 21201

        Re:   Freight Drivers & Helpers Local Union v.
              Davis, et al.
              Case No.: AMD 01 CV 310

Dear Judge Davis:

I represent Mr. Marvin Ellin, one of the Defendants, in the above referenced case. James T. Kimble, Esquire, attorney for the Plaintiff, graciously agreed to a twenty-day extension for Mr. Ellin to respond to the complaint subject, of course, to your Honor's approval. Any consideration of the agreed upon extension would be greatly appreciated.

        Respectfully Submitted,

        ECCLESTON AND WOLF, P. C.

        By: _____
              Alvin I. Frederick

AIF/hft

cc:   James T. Kimble, Esquire

Approved:

_____ 3/30/2001
Andre M. Davis, United States District Judge