IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FREIGHT DRIVERS AND HELPERS
LOCAL UNION NO. 557 HEALTH
AND WELFARE FUND,

      Plaintiff

v.

      Civil Action No. AMD 01-0310

EARL J. DAVIS, et al.,

      Defendants

## CONSENT ORDER

It appearing that the undersigned parties consent to extending the time by which the Defendants, Earl J. Davis and Patricia Davis have to file an Answer or other responsive pleading to the Complaint, it is hereby ORDERED that the time by which defendants must file an Answer or other responsive pleading is extended to April 30, 2001.

4/2/2001

_____
Andre M. Davis
United States District Judge

CONSENTED TO BY THE PARTIES:

_____
Corey Smith Bott
Abato, Rubenstein & Abato, P.A.
809 Gleneagles Court, Suite 320
Baltimore, Maryland 21286
(410) 321-0990
Attorneys for Plaintiff

Date: March 30, 2001

_____
Walter L. Samet
Samet and Samet
10 North Calvert St., Suite 718
Baltimore, Maryland 21202
(410) 685-3555
Attorneys for Defendants Earl J.
Davis and Patricia Davis

Date: March 30, 2001