**UNITED STATES DISTRICT COURT**

DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

FILED ENTERED
LODGED RECEIVED

MAY 15 2001

May 15, 2001

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

MEMORANDUM TO COUNSEL RE:   Freight Drivers, etc. v. Davis
<u>Civil No. AMD 01-310</u>

    I acknowledge the parties' desire to suspend the scheduling order in this case. I am not persuaded that a delay in discovery is desirable. Frankly, the law in this area is quite clear and judging by the pleadings the case seems terribly straightforward. One can only surmise that plaintiff exhausted its efforts to settle the matter before filing suit (indeed, it appears that service of process may have been delayed) and extensions of time for the filing of answers were granted. Thus, it makes little sense to remove the important economic incentive now operating on the parties to get the case resolved promptly. Actually, this is exactly the kind of case in which I generally enforce the scheduling order rather strictly.

    Despite the informal nature of this ruling, it is an Order of Court and the Clerk is directed to docket it as such.

                                           Very truly yours,

                                           Andre M. Davis
                                           United States District Judge

AMD:tt
cc: Court file

